Marty B. Ready (SBN 239135)
Sean Monks (SBN 326301)
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
401 West A Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 321-6200
Facsimile: (619) 321-6201
Email:sean.monks@wilsonelser.com
marty.ready@wilsonelser.com

Attorneys for Defendants, AHIMSA COMPANIES LLC, and PLANT FOODS CO. PBC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| OVERHILL FARMS, INC., a Nevada corporation<br><br>Plaintiff,<br><br>vs.<br><br>WICKED FOODS, INC., a.k.a. WICKED KITCHEN, INC., a Minnesota corporation; AHIMSA COMPANIES LLC, a Colorado limited liability company; PLANT FOODS CO. PBC, a Delaware benefit corporation; and DOES 1 through 10, inclusive<br><br>Defendants. | Case No. 2:25-cv-5178<br><br>**DEFENDANTS' AHIMSA COMPANIES, LLC AND PLANT FOODS CO., PBC'S NOTICE OF REMOVAL**<br><br>[Removed from the Superior Court of the State of California for the County of Los Angeles, Case No. 25STCV12952]<br><br>(Complaint Filed: May 2, 2025) |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

**PLEASE TAKE NOTICE** that Defendants Ahimsa Companies, LLC and Plant Foods Co., PBC (collectively "Defendants") by and through their attorneys, Wilson, Elser, Moskowitz, Edelman, & Dicker, LLP, hereby remove this civil action from the Superior Court of the State of California, County of Los Angeles, to the United States District Court for the Central District of California, under 28 U.S.C. Section 1332, 1441, and 1446. Diversity jurisdiction exists because the amount in controversy exceeds $75,000 and complete diversity of citizenship exists.

## I. INTRODUCTION

1. This is a breach of contact action involving allegations of breach of covenant of good faith and fair dealing, successor liability for breach of contract, fraudulent transfer, tortious interference with contractual relations, intentional misrepresentation, negligent misrepresentation, conversion, civil conspiracy to commit fraud, unjust enrichment, and seeks declaratory relief.

2. Plaintiff filed this Complaint on May 2, 2025, in the Superior Court of the State of California, County of Los Angeles, Case No. 25STCV12952. A true and correct copy of the Compliant is attached hereto as Exhibit 1. Defendants were served with this Complaint on May 8, 2025.

3. Plaintiff's Complaint names Ahimsa Companies, LLC and Plant Foods Co., PBC as Defendants.

## II. THIS CASE IS REMOVABLE UNDER FEDERAL DIVERSITY JURISDICTION

4. This action is removable under 28 U.S.C. § 1441(a) because the Court has original jurisdiction under 28 U.S.C. §§ 1332(a). Diversity jurisdiction exists because the amount of controversy exceeds $75,000 and complete diversity of citizenship exists. Plaintiff is a Nevada corporation with its principal place of business in Vernon, California. Defendant Ahimsa Companies, LLC is a Colorado limited liability company with its principal place of business in Niwot, Colorado. None of the members of Ahimsa Companies, LLC are citizens of California or Nevada. Defendant Wicked Foods, Inc., is a Minnesota corporation with its principal place of business in Minneapolis, Minnesota. Defendant Plant Foods Co., PBC is a Delaware Benefit Corporation with its principal place of business in Niwot, Colorado. Accordingly, this entire action is removable. 28 U.S.C. §§ 1332, 1441.

/ / /

/ / /

**III. ALL DEFENDANTS CONSENT TO REMOVAL**

5. Defendant Ahimsa Companies, LLC and Plant Foods Co., PBC were served on May 8, 2025. On information and belief, Defendants Wicked Foods Inc. and Wicked Kitchen Inc. have been properly served. Defendants Ahimsa Companies, LLC and Plant Foods Co., PBC consent to removal. Defendant Wicked Foods Inc. aka Wicked Kitchen Inc. consents to removal as well. This Court may "disregard[] the Doe Defendants" as no facts are alleged within the Complaint to indicate the Doe Defendants' identity, citizenship, or relationship to this case. *Robinson v. Lowe's Home Ctrs., LLC,* No. 1:15-cv-1321-LJO-SMS, 2015 U.S. Dist. LEXIS 154077, at *9 (E.D. Cal. Nov. 13, 2015).

**IV. THIS FILING IS TIMELY**

6. Plaintiff served Defendant Plant Foods Co., PBC on May 8, 2025. This Notice of Removal is therefore timely under 28 U.S.C. §§ 1446(b).

**V. VENUE OF REMOVED ACTION**

7. The Central District of California is the United States district court for the district and division embracing the state court where this action was filed and is pending. Venue is proper in this Court under 28 U.S.C. § 1441(a).

**VI. NOTICE TO THE STATE COURT**

8. Pursuant to 28 U.S.C. § 1446(d), Defendants will promptly provide written notice of this Removal to Plaintiff and the Clerk of the Superior Court for the County of Los Angeles.

**VII. PLEADINGS IN THE STATE COURT ACTION**

9. All process, pleadings, and orders served upon Defendants in this action are attached as Exhibit 1. A true and correct copy of the Los Angeles Superior Court docket for this action is attached as Exhibit 2.

**VIII. NON-WAIVER OF DEFENSES**

10. Defendants Ahimsa Companies, LLC and Plant Foods Co., PBC expressly reserves all of their defenses. By removing the action to this Court,

Ahimsa Companies, LLC and Plant Foods Co., PBC does not waive any rights or defenses available under federal or state law. Both Defendants expressly reserve the right to move for dismissal of the Complaint under Federal Rule of Civil Procedure 12. Nothing in this Notice of Removal should be taken as an admission that Plaintiff's allegations are sufficient to state a claim or have any substantive merit.

WHEREFORE, Defendants Ahimsa Companies, LLC and Plant Foods Co., PBC hereby remove the above-entitled case to this Court.

Respectfully submitted,

Dated: June 6, 2025

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

By: *<u>/s/ Sean Monks</u>*
Marty B. Ready, Esq.
Sean Monks, Esq.
Attorneys for Defendants Ahimsa Companies, LLC and Plant Foods Co., PBC

*Overhill Farms v. Wicked Foods, Inc., et al.*
Central District of California Case No. 2:25-cv-5178

**PROOF OF SERVICE**

I, the undersigned, am employed in the county of San Diego, State of California. I am over the age of 18 and not a party to the within action; my business address is 401 West A Street, Suite 1900, San Diego, California, 92101.

On June 6, 2025, I caused to be served the following document(s) described as follows:

**DEFENDANTS' AHIMSA COMPANIES, LLC AND PLANT FOODS CO., PBC'S NOTICE OF REMOVAL**

on the parties in this action by placing a true copy in a sealed envelope addressed as follows:

**SEE ATTACHED SERVICE LIST**

☐ **PERSONAL SERVICE -** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed below, and providing them to a professional messenger service for service. (A confirmation by the messenger will be provided to our office after the documents have been delivered.)

☐ **BY MAIL -** As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business. The envelope was sealed and placed for collection and mailing on this date following our ordinary practices. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **OVERNIGHT MAIL -** As follows: I am "readily familiar" with the firm's practice of processing correspondence for mailing overnight via Federal Express. Under that practice it would be deposited in a Federal Express drop box, indicating overnight delivery, with delivery fees provided for, on that same day, at San Diego, California.

☒ **BY E-MAIL OR ELECTRONIC TRANSMISSION -** I caused the documents to be sent to the persons at the e-mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

Executed on June 6, 2025, at San Diego, California. I declare under penalty of perjury under the laws of the State of California, that the above is true and correct.

*Katelyn Kingsley*
Katelyn Kingsley

*Overhill Farms v. Wicked Foods, Inc., et al.*
Central District of California Case No. 2:25-cv-5178

**PROOF OF SERVICE**

**SERVICE LIST**

| | |
|---|---|
| Anita P. Wu, Esq.<br>Jackie K.M. Levien, Esq.<br>Ethan Brown, Esq.<br>11601 Wilshire Boulevard, Suite 2080<br>Los Angeles, CA 90025<br>Telephone: (310) 935-3947<br>Email: Anita.Wu@bnsklaw.com<br>Jackie@bnsklaw.com | **Attorneys for Plaintiff, OVERHILL FARMS, INC.** |