UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   CV 25-05178-SK                                         Date: August 12, 2025

Title         Overhill Farms, Inc. v. Wicked Foods, Inc. et al

Present: The Honorable:  Steve Kim, United States Magistrate Judge

| Connie Chung | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
| None present | None present |

**Proceedings:**   (IN CHAMBERS) **ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION**

    For the reasons indicated below, Plaintiff is ordered to show cause on or before **August 19, 2025**, why Defendant Wicked Foods Inc. should not be dismissed for lack of prosecution.  Link v. Wabash R. Co., 370 U.S. 626 (1962) (Court has inherent power to dismiss for lack of prosecution on its own motion).

    Plaintiff has failed to file a proof of service within 90 days of the filing of the Complaint on the indicated Defendant.  Plaintiff can satisfy this order by showing that service was effectuated within the 90-day deadline or by showing good cause for the failure to do so.  Fed. R. Civ. P. 4(m).

    To the extent that Plaintiff is able to show that service was effectuated within the 90-day deadline, and the indicated Defendant did not answer the complaint within the deadline, Plaintiff can further satisfy this order by seeking entry of default pursuant to Fed. R. Civ. P. 55(a), or by dismissing the indicated Defendant.

    Pursuant to Rule 78 of the Federal Rules of Civil Procedure, the Court finds that this matter is appropriate for submission without oral argument.  The Order to Show Cause will stand submitted upon the filing of Plaintiff's response.  Failure to respond to this Order to Show Cause will be deemed consent to the dismissal of the indicated Defendant.

    IT IS SO ORDERED.